JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-41648-R | 00003 | CORRIE JOHANNA HALE | 12 | XXXXX4814 | 86.94 | 0.00 | 86.94 |
| | | Original check written to: AT&T P. O. BOX 309 PORTLAND, OR 97207 | | | | | |
| 04-41648-R | 00005 | CORRIE JOHANNA HALE | 13 | XXXXX2641 | 620.52 | 74.52 | 695.04 |
| | | Original check written to: CARROLLTON-FARMERS BRANCH ISD C/O ROBERT E. LUNA P. O. BOX 110611 CARROLLTON, TX 75011-0611 | | | | | |
| 04-41648-R | 00011 | CORRIE JOHANNA HALE | 6 | XXXXX9399 | 55.33 | 8.88 | 64.21 |
| | | Original check written to: DENTON COUNTY C/O MCCREARY, ET AL P. O. BOX 26990 AUSTIN, TX 78755 | | | | | |
| 04-41648-R | 00044 | CORRIE JOHANNA HALE | 14 | XXXXX0000 | 208.32 | 32.29 | 240.61 |
| | | Original check written to: DALLAS COUNTY TAX COLLECTOR C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2644 | | | | | |
| 04-41765-R | 10018 | DEWEY & BETH DELAYNE GRIFFITH | 11 | XXXXXIDED | 15.50 | 0.00 | 15.50 |
| | | Original check written to: RADIO SHACK 4800 TEXOMA PARKWAY SHERMAN, TX 75090 | | | | | |
| 04-42114-R | 00007 | LAURIE C. TAYLOR | 4 | XXXXX8229 | 85.18 | 0.00 | 85.18 |
| | | Original check written to: BANK OF AMERICA P. O. BOX 15019 WILMINGTON, DE 19886-5019 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-42628-R | 00028 | BOBBY & JULIE TADLOCK | 1 | XXXXX9224 | 1,428.89 | 266.84 | 1,695.73 |
| | | Original check written to: HOMECOMINGS FINANCIAL P. O. BOX 969 HORSHAM, PA 19044-0969 | | | | | |
| 04-43396-R | 00034 | ROBERT & ANGELA OLSON | 14 | XXXXX6377 | 30.13 | 0.00 | 30.13 |
| | | Original check written to: DILLARD NATIONAL BANK BANKRUPTCY DEPARTMENT P. O. BOX 52051 PHOENIX, AZ 85072-2051 | | | | | |
| 04-43396-R | 00043 | ROBERT & ANGELA OLSON | 19 | XXXXX0747 | 492.91 | 26.10 | 519.01 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 04-43396-R | 00065 | ROBERT & ANGELA OLSON | 4 | 5311 | 27.69 | 0.00 | 27.69 |
| | | Original check written to: NATIONWIDE COLLECTIONS 805 VIRGINA AVENUE SUITE 15 FORT PIERCE, FL 34982 | | | | | |
| 04-43749-R | 00018 | DAVID & DEBORAH VINCENT | 11 | XXXXX0101 | 633.04 | 153.28 | 786.32 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 04-43749-R | 00029 | DAVID & DEBORAH VINCENT | 3 | XXXXX8427 | 742.71 | 111.46 | 854.17 |
| | | Original check written to: POTTSBORO ISD C/O PERDUE, BRANDON ET AL P. O. BOX 13430 ARLINGTON, TX 76094 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-43754-R | 10015 | THOMAS L. & SARAH PREUSSE | 3 | 8007 | 252.42 | 0.00 | 252.42 |
| | | Original check written to: HIBERNIA NATIONAL BANK P. O. BOX 2093 DENHAM SPRINGS, LA 70727-2093 | | | | | |
| 04-43945-R | 00042 | RODGER A. & LISA C. MCBRIDE | 9 | XXXXX9007 | 28.12 | 0.00 | 28.12 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 04-44189-R | 00012 | STEVEN & CHRISTINE DYKSTRA | 9 | XXXXX4910 | 39.30 | 0.00 | 39.30 |
| | | Original check written to: CHASE BANK, USA, NA P. O. BOX 100018 KENNESAW, GA 30156-9204 | | | | | |
| 04-44684-R | 00014 | TIMOTHY MICHAEL GREEN | 8 | 9711 | 69.86 | 0.00 | 69.86 |
| | | Original check written to: FLEET CREDIT CARD C/O BANK OF AMERICA 2 COMMERCIAL PLACE, 8TH FLOOR NORFOLK, VA 23510 | | | | | |
| 04-45005-R | 00028 | CHARLES EDWARD & LINDA SUE PIERCE | 4 | XXXXX9949 | 81.99 | 0.00 | 81.99 |
| | | Original check written to: WISE COUNTY MEDICAL & SURGICAL 1001 EAGLE DRIVE DECATUR, TX 76234-1417 | | | | | |
| 04-45668-R | 00026 | JAMES H. & SHERRY A. STIDHAM | 2 | XXXXX1583 | 1,364.82 | 184.14 | 1,548.96 |
| | | Original check written to: EVERHOME MORTGAGE COMPANY FKA ALLIANCE MORTGAGE 8120 NATIONS WAY JACKSONVILLE, FL 32256 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 04-50292-R | 00005 | PAMELA B. WASHINGTON | 8 | XXXXX1500 | 88.77 | 3.13 | 91.90 |
| | | Original check written to: | | | | | |
| | | BOWIE CAD | | | | | |
| | | C/O MCCREARY VESELKA BRAGG ETAL | | | | | |
| | | P. O. BOX 26990 | | | | | |
| | | AUSTIN, TX 78755 | | | | | |
| 05-40677-R | 00014 | JAMES M. & ERIN B. CASTON | 6 | XXXXX2369 | 47.62 | 0.00 | 47.62 |
| | | Original check written to: | | | | | |
| | | CHEVRON CREDIT BANK, N.A. | | | | | |
| | | 2001 DIAMOND BLVD. | | | | | |
| | | P. O. BOX 5010, SECT. 230 | | | | | |
| | | CONCORD, CA 94524-0010 | | | | | |
| 05-40677-R | 00061 | JAMES M. & ERIN B. CASTON | 10 | XXXXX3990 | 462.55 | 0.00 | 462.55 |
| | | Original check written to: | | | | | |
| | | HOUSEHOLD | | | | | |
| | | P. O. BOX 2370 | | | | | |
| | | CHESAPEAKE, VA 23327-2370 | | | | | |
| 05-40877-R | 00011 | AUDREY K. JENKINS | 3 | 4910 | 11.10 | 0.00 | 11.10 |
| | | Original check written to: | | | | | |
| | | SOUTHWESTERN BELL TELEPHONE | | | | | |
| | | BANKRUPTCY DEPARTMENT | | | | | |
| | | P. O. BOX 769 | | | | | |
| | | ARLINGTON, TX 76004 | | | | | |
| 05-41577-R | 00007 | LAWRENCE L. BANKS | 2 | 7778 | 337.60 | 0.00 | 337.60 |
| | | Original check written to: | | | | | |
| | | PALISADES COLLECTION | | | | | |
| | | P. O. B0X 19249 | | | | | |
| | | SUGAR LAND, TX 77496 | | | | | |
| 05-41577-R | 00009 | LAWRENCE L. BANKS | 3 | XXXXX9L49 | 656.71 | 90.46 | 747.17 |
| | | Original check written to: | | | | | |
| | | CREDIT UNION OF TEXAS | | | | | |
| | | P. O. BOX 515167 | | | | | |
| | | DALLAS, TX 75251-5167 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-42591-R | 00015 | THOMAS M. MOUNCE | 7 | XXXXX4279 | 5.23 | 0.00 | 5.23 |
| | | Original check written to: <br> CHEVRON CREDIT BANK, N.A. <br> 2001 DIAMOND BLVD. <br> P. O. BOX 5010, SECT. 230 <br> CONCORD, CA 94524-0010 | | | | | |
| 05-42922-R | 00026 | GREGORY B. CRAIG | 0 | XXXXX4701 | 278.49 | 0.00 | 278.49 |
| | | Original check written to: <br> COUNTRYWIDE HOME LOANS <br> MAIL STOP: PTX-B32 <br> 7105 CORPORATE DRIVE <br> PLANO, TX 75024-1319 | | | | | |
| 05-43560-R | 00012 | ROBY TANNER, III & DENISE TANNER | 3 | XXXXX8836 | 6.76 | 0.00 | 6.76 |
| | | Original check written to: <br> MERCHANTS CREDIT ADJST <br> 6818 GROVER STREET <br> OMAHA, NE 68106 | | | | | |
| 05-43651-R | 00015 | QUINTON & LINDA AKERS | 7 | N003 | 12.14 | 0.00 | 12.14 |
| | | Original check written to: <br> CARTER & GIBSON TAX SERVICES <br> 1200 E. COLLINS BLVD. <br> SUITE 114 <br> RICHARDSON, TX 75081 | | | | | |
| 05-46243-R | 00005 | DONNA L. MCLAIN | 5 | XXXXX2036 | 12.91 | 0.00 | 12.91 |
| | | Original check written to: <br> BROOK MAYS MUSIC COMPANY <br> 8605 JOHN CARPENTER FRWY. <br> DALLAS, TX 75247-4628 | | | | | |
| 05-46789-R | 00072 | GARY R. & JANET H. WOODWARD | | XXXXX3238 <br> XXXXX1889 | 350.00 | 0.00 | 350.00 |
| | | Original check written to: <br> MACEY & ALEMAN, LLP <br> 8131 LBJ FREEWAY, SUITE 745 <br> DALLAS, TX 75251 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-47385-R | 00041 | SCOTTY D. & RHONDA M. FARRIS | 7 | XXXXX7615 | 625.68 | 0.00 | 625.68 |
| | | Original check written to:<br>WELLS FARGO BANK<br>LOSS RECOVERY CENTER<br>P. O. BOX 30095<br>WALNUT CREEK, CA 94598 | | | | | |
| 05-50036-R | 00007 | JOHN H. & LINDA C. PAGE | 9 | XXXXX0600 | 107.75 | 0.00 | 107.75 |
| | | Original check written to:<br>BOWIE CAD C/O MICHAEL REED<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680 | | | | | |
| 06-41054-R | 00018 | WENDY D. BROWN | 25 | XXXXXIDED | 100.00 | 13.50 | 113.50 |
| | | Original check written to:<br>DELL FINANCIAL SERVICES<br>P. O. BOX 6403<br>CAROL STREAM, IL 60197-6403 | | | | | |
| 06-41919-R | 00026 | DAVID CHARLES HERNANDEZ | 8 | XXXXX3354 | 0.00 | 153.57 | 153.57 |
| | | Original check written to:<br>DENTON COUNTY<br>c/o MICHAEL REED<br>P. O. BOX 1269<br>ROUND ROCK, TX 78680-1269 | | | | | |
| 06-42083-R | 00036 | BERNADO DELGADO | 2 | XXXXX8615 | 314.33 | 270.51 | 584.84 |
| | | Original check written to:<br>LEWISVILLE ISD<br>C/O ROBERT E. LUNA<br>4411 NORTH CENTRAL EXPRESSWAY<br>DALLAS, TX 75205 | | | | | |
| 06-42283-R | 00006 | TERESA RAYE DANSBY | 2 | 0396 | 0.00 | 4.51 | 4.51 |
| | | Original check written to:<br>WELLS FARGO HOME MORTGAGE<br>405 SOUTHWEST 5TH STREET<br>PMT PROCESSING MAC #X2501-01D<br>DES MOINES, IA 50328 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-40399-R | 00044 | DAVID & IRENE LISA WAINSTEIN | 5 | XXXXX7718 | 26.33 | 0.00 | 26.33 |
| | | Original check written to: GE CONSUMER FINANCE C/O GE CAPITAL CONSUMER CARD CO. P. O. BOX 960061 ORLANDO, FL 32896-0061 | | | | | |
| 07-40423-R | 00045 | KIRK LANE & JACQUELINE EDNA BUCHANAN | 8 | XXXXX9702 | 0.00 | 19.05 | 19.05 |
| | | Original check written to: GMAC MORTGAGE CORPORATION P. O. BOX 780 3451 HAMMOND AVENUE, SUITE 150 WATERLOO, IA 50702-5345 | | | | | |
| 07-40883-R | 00041 | ERIK V. STOCKGLAUSNER | 8 | XXXXX9928 | 0.00 | 44.93 | 44.93 |
| | | Original check written to: LEWISVILLE ISD C/O ROBERT E. LUNA 4411 NORTH CENTRAL EXPRESSWAY DALLAS, TX 75205 | | | | | |
| 07-40883-R | 00048 | ERIK V. STOCKGLAUSNER | 5 | XXXXX0000 | 0.00 | 0.96 | 0.96 |
| | | Original check written to: DALLAS COUNTY TAX COLLECTOR C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2644 | | | | | |
| 07-40883-R | 00055 | ERIK V. STOCKGLAUSNER | 15 | XXXXX9928 | 0.00 | 9.18 | 9.18 |
| | | Original check written to: DENTON COUNTY c/o MICHAEL REED P. O. BOX 1269 ROUND ROCK, TX 78680-1269 | | | | | |
| 07-40939-R | 00051 | TOMITRY ANN BROWN | 1 | XXXXX0000 | 499.13 | 109.16 | 608.29 |
| | | Original check written to: DALLAS COUNTY TAX COLLECTOR C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2644 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-41271-R | 00013 | JANICE MARIE & JOEY BLAINE YOCOM | 11 | XXXXX4863 | 0.00 | 18.19 | 18.19 |
| | | Original check written to: DENTON COUNTY c/o MICHAEL REED P. O. BOX 1269 ROUND ROCK, TX 78680-1269 | | | | | |
| 07-42141-R | 00004 | BRIAN W & SHAWN P SMITH | 6 | XXXXX2549 | 685.23 | 285.56 | 970.79 |
| | | Original check written to: WELLS FARGO FINANCIAL TEXAS 4137 121ST STREET URBANDALE, IA 50323-2310 | | | | | |
| 08-40104-R | 00004 | JOEL S. & CRYSTAL G. CANNADAY | 9 | XXXXX0108 | 2.28 | 47.32 | 49.60 |
| | | Original check written to: GRAYSON COUNTY C/O LINEBARGER GOGGAN ET AL 2323 BRYAN STREET, SUITE 1600 DALLAS, TX 75201-2637 | | | | | |
| 08-40104-R | 00052 | JOEL S. & CRYSTAL G. CANNADAY | 15 | 0592 | 270.25 | 0.00 | 270.25 |
| | | Original check written to: AMERICAN HOME MORTGAGE 4600 REGENT BOULEVARD, SUITE 200 IRVING, TX 75063 | | | | | |
| 08-40536-R | 00001 | PERRY A. & BRANDI M. FISHER | 1 | XXXXX6084 | 76.50 | 19.94 | 96.44 |
| | | Original check written to: CITIFINANCIAL AUTO P. O. BOX 182287 COLUMBUS, OH 43218 | | | | | |
| 08-42828-R | 00044 | DEANA POLLARD | | XXXXX5646 | 892.80 | 0.00 | 892.80 |
| | | Original check written to: DRIVE FINANCIAL SERVICES P. O. BOX 562088 SUITE 900 NORTH DALLAS, TX 75356-2088 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 28, 2009

Check No. 1762218

Check Amount: $41,202.72

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 08-43509-R | 00043 | COURTNEY NICOLE PERSHEFF | 1 | 1063 | 370.00 | 0.00 | 370.00 |
| | | Original check written to: AMERICAN CREDIT ACCEPTANCE 1112 BEVILLE ROAD, SUITE G DAYTONA BEACH, FL 32114 | | | | | |
| | | | **TOTALS** | | $12,503.83 | **$1,947.48** | **$14,451.31** |